HAROLD MAAS et al., as Trustees for Lake Huntington Volunteer Fire Department, Appellants, *v.* EDWARD DERMODY, as Supervisor of the Town of Cochecton, Respondent.

Argued April 17, 1941; decided May 22, 1941.

*Ellsworth Baker* for appellants.

*Lazarus I. Levine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.